**Order entered January 13, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00932-CV

### DALLAS COUNTY, TEXAS, Appellant

### V.

### TIM SUTTON A/K/A TIMOTHY SUTTON A/K/A TIMOTHY L. SUTTON A/K/A TIMOTHY LEE SUTTON, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05497-B**

### ORDER

Before the Court is the January 12, 2023 second request of Robin Washington, Official Court Reporter for County Court at Law No. 2, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to Monday, **January 23, 2023**.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE